670

*William W. Barron, J. Albert Woll, William J. Connor,* and *W. Marvin Smith* for the United States.

No. 725. McLEAN ET AL. *v.* BURKINSHAW, ANCILLARY COMMITTEE. March 11, 1940. The motion of the guardian ad litem for leave to file brief in opposition to the petition for writ of certiorari is granted. The petition for writ of certiorari to the Court of Appeals for the District of Columbia is denied. *Messrs. Robert H. Mc-Neill* and *George B. Fraser* for petitioners. *Mr. Neil Burkinshaw, pro se.* By leave of Court, *Mr. Austin F. Canfield,* guardian ad litem, filed a brief, opposing the petition.

No. 672. BERLINER HANDELS-GESELLSCHAFT *v.* UNITED STATES. March 11, 1940. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Maxwell C. Katz, Otto C. Sommerich,* and *Raymond T. Heilpern* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Thomas E. Harris* for the United States.

No. 692. SOUTHERN PACIFIC CO. *v.* WEIAND, ADMINISTRATRIX. March 11, 1940. Petition for writ of certiorari to the District Court of Appeal, Third Appellate District, of California, denied. *Messrs. Arthur B. Dunne* and *George R. Freeman* for petitioner. *Mr. Herbert W. Erskine* for respondent.

No. 693. SOUTHERN PACIFIC CO. *v.* WOODWARD, ADMINISTRATRIX. March 11, 1940. Petition for writ of